**Opinion issued February 20, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00172-CV

————————————

**DESMONDE THOMAS, Appellant**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION AKA FANNIE MAE,
Appellee**

On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Case No. 1025326

## MEMORANDUM OPINION

Appellant, Desmonde Thomas, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b)

(allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.